Stuart, Cruce & Franklin, Andrews & Andrews, and E. T. Miller, for plaintiff in error.

Roscoe Cox, Co. Atty., and Erwin & Erwin, for defendants in error.

PHELPS, J. This action was filed by the St. Louis-San Francisco Railway Company against Ora Long, county assessor, and Paul Prince, county treasurer. of Lincoln county, in the district court of Lincoln county, for an injunction under the provisions of State Question No. 141, Initiative Petition No. 92, adopted by a vote of the people at the regular primary election on August 3, 1926. The defendants filed their answer, challenging the constitutionality of such measure, which contention was by the court sustained and the cause dismissed, from which judgment the plaintiff appeals.

The questions involved in this case are identical with the questions involved in cause No. 17907, Atchison, Topeka & Santa Fe Railway Co. v. Ora Long, County Assessor, et al.. opinion in which was this day filed, 122 Okla. 86, 251 Pac. 486. and upon the authorities therein cited we reach the same conclusion in this case as we reached in that, and the opinion, conclusions, and syllabus in that case are hereby adopted and applied to this case.

The judgment of the district court is affirmed.

BRANSON, V. C. J.. and MASON, HARRISON, and CLARK, JJ., concur. NICHOLSON, C J., and LESTER, J., concur in conclusion. HUNT and RILEY, JJ., dissent.

---

**ST. LOUIS-S. F. RY. CO. v. DEWEESE County Assessor, et al.**

No. 17898—Opinion Filed Dec. 7, 1926.

Error from District Court, Blaine County. C. C. Smith, Judge.

Action by St. Louis-San Francisco Railway Company against O. O. Deweese, County Assessor, and Ray P. Boyce, County Treasurer of Blaine County. Judgment for defendants and plaintiff brings error. Reversed and remanded.

Stuart, Cruce & Franklin, J. P. Wishard and E. T. Miller, for plaintiff in error.

Allen Falkenstine, Co. Atty., for defendants in error.

PHELPS, J. This action was filed by the St. Louis-San Francisco Railway Company in the district court of Blaine county, against O. O. Deweese, county assessor, and Ray Boyce, county treasurer, under the provisions

of State Question No. 141, Initiative Petition No. 92, adopted by a vote of the people at the regular primary election held August 3, 1926. Answer was filed and the cause called for trial. Whereupon, the plaintiff filed its motion and affidavits for a continuance in which it pleaded its inability to go to trial at that time. This motion was overruled by the court upon the grounds that under the provision of the act the case must be tried within ten days after answer is filed, and the action dismissed because of the failure of plaintiff to prosecute the same, from which ruling and judgment the plaintiff appeals.

The questions presented here are the same as presented in cause No. 17907, Atchison, Topeka & Santa Fe Railway Co. v. Ora Long, County Assessor, et al., in which cause opinion is this day filed, 122 Okla. 86, 251 Pac. 486, and upon the authorities cited in cause No. 17907, Atchison, Topeka & Santa Fe Railway Co. v. Ora Long, County Assessor, et al., the judgment of the district court is, reversed, with instructions to dismiss the action.

BRANSON, V. C. J., and MASON, HARRISON, and CLARK, JJ., concur. NICHOLSON, C. J., and LESTER, J., concur in conclusion. HUNT and RILEY, JJ., dissent.